# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO: 8:07-cr-309-T-35JSS

**ROMELIO EVORA**

_____

## ORDER

This cause comes before the Court upon periodic review. A review of the case docket reveals that on July 31, 2007, a Warrant was issued as to Defendant **ROMELIO EVORA** (Dkt. S-2)  As of the date of this Order, the arrest warrant has yet to be executed. No substantive activity has occurred in the case since the issuance of the warrant.

Accordingly, it is **ORDERED** as follows:

1. This matter is **ADMINISTRATIVELY CLOSED without prejudice**. The Government may reopen this matter once the fugitive defendant has been apprehended.

2. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case. The Defendant is to remain in fugitive status.

**DONE and ORDERED** in Tampa, Florida, this 14th day of September, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service